570

No. 146. Perry v. Kansas.
Decided November 14, 1938.
*Per Curiam:* The motion to reinstate the appeal is granted and the appeal is dismissed for the want of a substantial federal question. *Baldwin* v. *Kansas,* 129 U. S. 52, 57; *Castillo* v. *McConnico,* 168 U. S. 674, 683; *Old Colony Trust Co.* v. *Omaha,* 230 U. S. 100, 116; *Hebert* v. *Louisiana,* 272 U. S. 316, 317. *Messrs. C. L. Kagey, L. M. Kagey,* and *Hal M. Black* for appellant. No appearance for appellee.

No. 447. Kryder v. Indiana.
Decided November 14, 1938.
*Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Sugarman* v. *United States,* 249 U. S. 182, 184; *Zucht* v. *King,* 260 U. S. 174, 176; *Red "C" Oil Co.* v. *North Carolina,* 222 U. S. 380, 390; *Mutual Film Corp.* v. *Ohio Industrial Comm'n,* 236 U. S. 230, 245; *Pacific States Co.* v. *White,* 296 U. S. 176, 182. *Mr. Ode L. Rankin* for appellant. No appearance for appellee.

No. —, original. Ex parte Clarence M. Brummett;
No. —, original. Ex parte Clint Smith; and
No. —, original. Ex parte Ralph Mark. November 14, 1938. Motions for leave to file petitions for writs of habeas corpus denied.

No. 11, original. Texas v. Florida et al. November 14, 1938. The report of the Special Master herein is received and ordered to be filed.